IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RYAN GREGORY,

    Plaintiff,

v.                                                  Civil Action No. **3:20CV183**

SEAN BROWN,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on April 28, 2020, the Court conditionally docketed Plaintiff's action. On February 26, 2021, the United States Postal Service returned a February 2, 2021 Memorandum Order to the Court marked, "RETURN TO SENDER," and "UNABLE TO FORWARD," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                              /s/         
                                                    M. Hannah Lauck
                                                    United States District Judge

Date: 3-16-21
Richmond, Virginia